# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leval, Pierre N. | U.S. Court of Appeals, 2nd Cir | 07/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

40 Foley Square Rm 1901
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council member - Emeritus | The American Law Institute |
| 2. | Trustee, Executor | Family members |
| 3. | Member - Photography Committee | Museum of Modern Art |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leval, Pierre N.** | 07/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. | Jan. 2020 | Blanchette H. Rockefeller Trust - fee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | USC-University of Southern California | 2/07/2020 | Los Angeles, CA | Lecture | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(⬛) | E | Dividend | P1 | T | | | | | |
| 2. Abbvie Inc. (common stock) (⬛) | F | Dividend | P1 | T | | | | | |
| 3. Exxon Mobil (common) | E | Dividend | M | T | | | | | |
| 4. Vanguard Total Stock Mkt ETF VTI | A | Dividend | M | T | Buy | 12/08/20 | M | | |
| 5. MRO | A | Dividend | J | T | | | | | |
| 6. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 7. FMC Money Mkt (⬛) (Dreyfus) | B | Interest | | | Redeemed | 12/10/20 | M | | |
| 8. Hershey (common)⬛ | C | Dividend | M | T | | | | | |
| 9. Gen. American Inv. (common) (GAM)⬛ | E | Dividend | N | T | | | | | |
| 10. Chase Bank (acccount)⬛ | A | Interest | J | T | | | | | |
| 11. Chase Bank (acccount)⬛ | A | Interest | O | T | | | | | |
| 12. Citibank account | | None | J | T | | | | | |
| 13. Art Works | | None | M | W | | | | | |
| 14. Chase bank account (trust) | | None | J | T | | | | | |
| 15. Vanguard GNMA Fixed Income Fund (⬛) (VFIJX) | B | Interest | M | T | | | | | |
| 16. Vanguard GNMA Fixed Income Fund (trust) (VFIJX) | B | Interest | L | T | | | | | |
| 17. FHKCX | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | FEMKX | A | Dividend | J | T | | | | | |
| 19. | FXAIX (symbol changed from FUSVX) | D | Dividend | N | T | | | | | |
| 20. | FLGEX | A | Dividend | J | T | | | | | |
| 21. | HGOAX (symbol changed from HGOCX) | A | Dividend | L | T | | | | | |
| 22. | IHSAX | A | Dividend | K | T | | | | | |
| 23. | HGXAX (symbol changed from HNSAX) | A | Dividend | J | T | | | | | |
| 24. | IHOAX (symbol changed from HIOCX) | A | Dividend | J | T | | | | | |
| 25. | ITHAX (symbol changed from HCACX) | A | Dividend | K | T | | | | | |
| 26. | IGNAX (symbol changed from IGNCX) | A | Dividend | J | T | | | | | |
| 27. | VTRIX | A | Dividend | J | T | | | | | |
| 28. | FNYXX | A | Interest | J | T | | | | | |
| 29. | VDIGX | D | Dividend | O | T | | | | | |
| 30. | CENT Puget Sound 4.750 2/1/28 | C | Interest | | | Sold | 03/31/20 | M | | |
| 31. | Jacksonville 5.375 8/15/23 | D | Interest | M | T | | | | | |
| 32. | Guam Pwr Bond 5.0 10/1/26 | B | Interest | K | T | | | | | |
| 33. | Guam Arpt Bond 5.00 10/1/23 | B | Interest | L | T | | | | | |
| 34. | Guam Pwr 5.00 10/1/23 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Guam Pwr 5.00 10/1/24 | D | Interest | M | T | | | | | |
| 36. | Guam Pwr 5.00 10/05/34 | B | Interest | K | T | | | | | |
| 37. | Guam Pwr 5.00 10/01/30 | D | Interest | N | T | | | | | |
| 38. | Monroe 5.75 bond 8/15/30 | D | Interest | N | T | | | | | |
| 39. | Monroe 5.75 bond 2035 8/15/35 | C | Interest | L | T | | | | | |
| 40. | E. Rochester 5.00 4/20/27 | C | Interest | L | T | | | | | |
| 41. | Michigan Hosp. bond 5.25 5/15/26 | B | Interest | K | T | Redeemed<br>(part) | 05/15/20 | J | | |
| 42. | Mississippi Dev. 6.75 12/1/33 | D | Interest | L | T | Sold<br>(part) | 01/10/20 | K | | |
| 43. | NY Dorm 5.0 10/1/26 | C | Interest | L | T | | | | | |
| 44. | NY Dorm 5.0 7/1/24 | B | Interest | | | Redeemed | 10/30/20 | K | | |
| 45. | NY Dorm 5.0 7/1/24 (See * in Part VIII) | | | | | Redeemed<br>(part) | 07/01/20 | J | | |
| 46. | NY Dorm 5.0 10/1/30 | B | Interest | K | T | | | | | |
| 47. | NY Dorm 5.0 10/1/28 | B | Interest | K | T | | | | | |
| 48. | NYS Dorm 5.00 10/01/32 | B | Interest | L | T | | | | | |
| 49. | NY Dorm 2.125 7/1/41 | B | Interest | M | T | | | | | |
| 50. | NY HSG FIN 3.45 11/1/33 | A | Interest | K | T | | | | | |
| 51. | NYS MTG 3.625 10/1/38 | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   PR 5.375 7/1/25 | D | Interest | M | T | | | | | |
| 53.   PR HSG 5.125 12/1/27 | C | Interest | | | Redeemed | 10/30/20 | M | | |
| 54.   PR 4.65 12/01/23 | C | Interest | | | Redeemed | 10/30/20 | M | | |
| 55.   Puerto Rico bond 4.95 7/1/26 | C | Interest | M | T | | | | | |
| 56.   Puerto Rico Comm. 5.5 7/1/20 | B | Interest | | | Redeemed | 07/02/20 | K | | |
| 57.   PR HSG 4.60 12/1/24 | B | Interest | | | Redeemed | 10/30/20 | L | | |
| 58.   Puerto Rico 5.25 7/1/22 | C | Interest | L | T | Redeemed<br>(part) | 10/30/20 | J | | |
| 59.   Suffolk 5.00 2/1/26 | B | Interest | K | T | | | | | |
| 60.   Suffolk 5.00 10/15/23 | C | Interest | M | T | | | | | |
| 61.   Virgin I bond 5.0 10/1/28 | B | Interest | K | T | | | | | |
| 62.   Virgin I Pub Fin bond 4.0 10/1/22 | A | Interest | J | T | | | | | |
| 63.   Virgin I Pub Fin 5.0 10/1/27 | C | Interest | M | T | | | | | |
| 64.   Virgin I Pub Fin 5.25 10/1/24 | C | Interest | L | T | Redeemed<br>(part) | 10/01/20 | J | | |
| 65.   NY Util. Debt 5.0 12/15/32 | B | Interest | K | T | | | | | |
| 66.   NY Util. Debt 5.0 12/15/36 | B | Interest | K | T | | | | | |
| 67.   UTIL 5.00 12/15/29 | C | Interest | M | T | | | | | |
| 68.   UTIL 5.00 12/15/30 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UTIL 5.00 12/15/27 | C | Interest | M | T | | | | | |
| 70. CENT Puget 4.75 2/1/28 | B | Interest | L | T | | | | | |
| 71. Guam Arpt. Bond 5.00 10/1/23 | B | Interest | L | T | | | | | |
| 72. Guam Pwr Bond 5.00 10/1/23 | B | Interest | K | T | | | | | |
| 73. Guam Pwr 5.00 10/1/24 | C | Interest | M | T | | | | | |
| 74. Monroe Cty 5.75 8/15/35 | D | Interest | M | T | | | | | |
| 75. Monroe Bond 5.75 8/15/30 | C | Interest | L | T | | | | | |
| 76. Monroe 5.00 6/1/24 | B | Interest | L | T | | | | | |
| 77. NYC HS 3.050 11/1/49 | | None | L | T | Buy | 12/17/20 | K | | |
| 78. NY HSG 3.45 11/1/33 | A | Interest | K | T | Buy | 03/05/20 | K | | |
| 79. NY Dorm 5.00 3/15/35 | A | Interest | L | T | Buy | 11/03/20 | L | | |
| 80. NY Dorm 5.00 3/15/37 | | None | L | T | Buy | 11/06/20 | L | | |
| 81. NY Dorm 4.00 2/1/30 | | None | L | T | Buy | 10/08/20 | L | | |
| 82. Onondaga 5.00 5/1/27 | A | Interest | K | T | Buy | 06/16/20 | K | | |
| 83. NYS Dorm 5.0 10/1/26 - | B | Interest | L | T | | | | | |
| 84. NYS Dorm 5.0 7/1/'24 | B | Interest | | | Redeemed | 10/30/20 | K | | |
| 85. NYS Dorm 5.0 7/1/24 (See * in Part VIII) | | | | | Redeemed (part) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  NY Dorm 5.00 3/15/31 | B | Interest | L | T | | | | | |
| 87.  NYS Dorm      5.75 02/15/20 | A | Interest | | | Sold | 02/18/20 | K | | |
| 88.  NYS Urban Bond 5.00 3/15/26 | B | Interest | L | T | | | | | |
| 89.  NY Twy 5.0 1/1/33 | B | Interest | K | T | | | | | |
| 90.  NYS MTG 3.00 10/1/31 | B | Interest | K | T | | | | | |
| 91.  NYS MTG 3.650 10/1/37 | A | Interest | K | T | | | | | |
| 92.  NYS MTG 3.80 4/1/45 | A | Interest | K | T | | | | | |
| 93.  Penn 2.50 call 10/1/20 | A | Interest | | | Redeemed | 10/01/20 | K | | |
| 94.  Puerto Rico      4.95% 7/1/26 Bond | D | Interest | M | T | | | | | |
| 95.  P.R. HSG 5.125 12/1/27 | C | Interest | | | Redeemed | 10/30/20 | L | | |
| 96.  P.R. HSG 4.65 12/1/23 | C | Interest | | | Redeemed | 10/30/20 | M | | |
| 97.  Puerto Rico Pub Fin      5.125 6/1/24 | C | Interest | L | T | | | | | |
| 98.  PR      5.00 07/01/28 | B | Interest | L | T | | | | | |
| 99.  Virgin I 5.0%      10/1/28 Bond` | B | Interest | K | T | | | | | |
| 100. Virgin I. 5.0%      10/1/30 Bond | C | Interest | L | T | Redeemed (part) | 10/01/20 | J | | |
| 101. Utility 5.00 12/15/27 | C | Interest | L | T | | | | | |
| 102. Utility Debt      5.00 12/15/30 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Leval, Pierre N.** | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  JPMorgan Tax Free Bond VANTX▢ | A | Interest | K | T | | | | | |
| 104.  VOO | B | Dividend | M | T | | | | | |
| 105.  House Woodstock NY | | None | | | Sold | 12/20/20 | O | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 07/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* This line describes only a transaction. The first line identifying this security in Column A shows the information for Columns B and C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544